UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| KATHERYN LAWS, et al | : | NO:   C 1 01 142 |
| Plaintiff | : | |
| v. | : | |
| F. BRUCE WATKINS, M.D., et al | : | |
| Defendant | : | |

**MOTION TO DEEM ADMITTED THE REQUEST FOR ADMISSIONS
DIRECTED TO DEFENDANT, F. BRUCE WATKINS, M.D.**

Come now the Plaintiffs and respectfully request the Court for an Order deeming the Request for Admissions served upon Defendant, F. Bruce Watkins, M.D., on the 5th of May, 2000, be deemed admitted.

Respectfully submitted,

McINTOSH & McINTOSH

By /s/ Michael Todd McIntosh
Michael Todd McIntosh
Reg. #0061523
Attorney for Plaintiffs
15 E. 8th Street, Suite 300 W
Cincinnati, Ohio 45202
513-929-4040

1

By _____
Bruce B. McIntosh
Reg. #0013525
Attorney for Plaintiffs
15 E. 8th Street, Suite 300 W
Cincinnati, Ohio 45202
513-929-4040

## MEMORANDUM

Federal Rules of Civil Procedure, Rule 36(A).

A copy of the Request for Admissions are marked Exhibit "A", attached hereto and incorporated herein as if fully rewritten. These were served on the Defendant, F. Bruce Watkins, M.D., on the 2nd day of May, 2000, as evidenced by the return receipt docketed with the Brown County, Ohio, Court of Common Pleas (the "State Court") on May 5, 2000. Defendant Watkins requested and was provided an extension of time until July 6, 2000, by the State Court. Since that time, Defendant Watkins has neither responded, requested additional time or objected to any of the Request for Admissions.

IT IS, THEREFORE, respectfully submitted that judgment be rendered deeming admitted all of the Request for Admissions that were served on the Defendant more than three (3) years ago.

Respectfully submitted,

McINTOSH & McINTOSH

By _____
Michael Todd McIntosh
Reg. #0061523
Attorney for Plaintiffs
15 E. 8th Street, Suite 300 W
Cincinnati, Ohio 45202
513-929-4040

2

By: _____
Bruce B. McIntosh
Reg. #0013525
Attorney for Plaintiffs
15 E. 8th Street, Suite 300 W
Cincinnati, Ohio 45202
513-929-4040

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing has been mailed to Mr. Judd Uhl, Attorney, Fourth & Walnut Center, 105 E. Fourth Street, Suite 1400, Cincinnati, Ohio 45202; Mr. Gerald F. Kaminsky, Assistant United States Attorney, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202 and to F. Bruce Watkins, M.D., 71 Greenhill Road, Dayton, Ohio 45405 by ordinary U.S. Mail this 31st day of October, 2003.

_____

3