UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHRYN LAWS, et. al, | : | NO. 1:01-CV-00142 |
| Plaintiffs, | : | |
| | : | **ORDER** |
| v. | : | |
| F. BRUCE WATKINS, M.D., et al., | : | |
| Defendants. | : | |

      The Parties met before the Court on November 5, 2003 for a status conference, at which time the parties advised the Court that they have reached a settlement in this lawsuit involving all the Plaintiffs' claims against the federal Defendants.

      The Court finds that the settlement between the plaintiffs and the United States does not resolve the Plaintiffs' claims against the Brown County Hospital and Health Center. The Court further finds that there is no independent basis for the exercise of federal jurisdiction over such claims. Consequently, it is appropriate for the Court to decline supplemental jurisdiction over such claims.

      Accordingly, the Court DISMISSES without prejudice Plaintiffs' claims against the federal defendants (the United States, Dr. F. Bruce Watkins, the Southern Ohio Health Center, and the Southern Ohio Health Services Network). However, in the exercise of the Court's supervisory jurisdiction over the settlement, in the event Plaintiffs' counsel do not receive the

settlement check by January 5, 2004 (sixty days from the date of the status conference), the United States will be required to SHOW CAUSE why the settlement has not been fully effectuated and why the Plaintiffs' claims against the United States should not be re-opened. Finally, the Court REMANDS the Plaintiffs' claims against the Brown County General Hospital and Health Center to the Brown County Court of Common Pleas, the court from which this lawsuit was removed.

    SO ORDERED.

Dated: December 2, 2003    s/S. Arthur Spiegel
    S. Arthur Spiegel
    United States Senior District Judge